IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VINCENT L. MOLINA**

    Plaintiff,

v.                                                          No. 15-cv-0351 RB/SMV

**ERNESTO R. JACKSON,**

    Defendant.

## ORDER TO AMEND THE CASE CAPTION

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint, filed October 22, 2015. [Doc. 15]. The Court construes this as a motion to amend the case caption in light of Defendant Greer's dismissal from the case. [Doc. 14] at 3. Plaintiff's Motion is **GRANTED**. Defendant Greer's name shall be removed from the caption.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**